Argued October 5—decided October 13, 1976

CENTRIX, INC. *v.* CAVITRON CORPORATION

The defendant's motion to dismiss the appeal from the Superior Court in Fairfield County is granted.

*Frank J. Silvestri, Jr.,* for the appellee (defendant).

*Arthur T. Fattibene,* for the appellant (plaintiff).

Argued October 5—decided October 13, 1976

The plaintiff's motion for a review of the trial court's order dated September 2, 1976, terminating a stay of execution in the appeal from the Superior Court in Fairfield County is granted and the relief sought therein is denied.

*Arthur T. Fattibene,* in support of the motion.

Submitted September 30—decided October 13, 1976